## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JORGE SEGURA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-00038-FM |
| | § | |
| **CAPITAL ONE BANK USA, N.A.; and EQUIFAX INFORMATION SERVICES LLC,** | § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the court is "Joint Stipulation of Dismissal as to All Defendants" ("Stipulation") [ECF No. 21], jointly filed June 9, 2020 by Jose Segura, Capital One Bank USA, N.A., and Equifax Information Services LLC (collectively, "Parties"). Therein, the Parties stipulate to dismissal of this cause without prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2] The Parties' attorneys have signed the Stipulation, demonstrating their consent.[3]

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITHOUT PREJUDICE.**

---

[1] "Joint Stipulation of Dismissal as to All Defendants" ("Stip.") 1, ECF No. 21, filed June 9, 2020.

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

[3] *See* Stip. 1–2.

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **9th** day of **June, 2020.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**